**JOSEPH R. BOCK**
ATTORNEY AT LAW

100 VIP DRIVE - SUITE 210
WEXFORD, PA 15090
724-934-9300
FAX 724-934-9320

August 22, 2013

Fortune Group Holdings, LLC
1100 Liberty Ave. Suite C-3
Pittsburgh, PA 15222

    Attn: Mr. Paul Liang, President

    Re: April 15, 2013 "Management Agreement"
    Fortune Group Holdings, LLC -Tokyo Sushi Buffet and Grill

Dear Mr. Liang:

    Please be advised that I have been retained to represent the interests of Xue Li Liu, Guo Qi Wang and Kwan Poon, d/b/a Tokyo Sushi Buffet and Grill, with regard to the April 15, 2013 "Management Agreement" and related matters. My investigation confirms that Fortune Group Holdings, LLC and yourself as President, lacked the legal right and standing to offer my clients exclusive possession and control of concession space at the Fort Rapids Water Park for a ten year term. Upon my clients' discovery during the last week of June, 2013, that your group lacked the legal right to enter into the Management Agreement upon the stated terms, they gave you actual notice that the agreement was void, exercised their right of rescission, and demanded the return of all monies paid to you and/or your group pursuant to the agreement.

    Please consider this additional formal notice on behalf of my clients of the agreement's rescission. Formal demand for the return of a minimum of $400,000 paid to you pursuant to the agreement is hereby made. My clients have sustained additional losses in the form of construction materials purchased and wages paid to workers for the refurbishment of the main restaurant and bar. Additional demand for the payment of these monies will be made upon their itemization.

EXHIBIT C

Mr. Paul Liang
August 22, 2013
Page 2

**JOSEPH R. BOCK**
ATTORNEY AT LAW

I would ask that you or your legal representative provide the undersigned with notice of your intentions. Failing the immediate return of my clients' funds, legal action for the above and for additional damages will be instituted.

Very truly yours,

Joseph R. Bock

JRB/sk